STATE OF NEW JERSEY v. ONE 1978 CHEVROLET VAN.

December 22, 1981.

Petition for certification denied.

JOHN J. THOMPSON v. EINE KYLLIKKI THOMPSON.

December 22, 1981.

Petition for certification denied.

JOSEPH BURTON v. FEDERATED METALS CORPORATION.

December 22, 1981.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. ERNESTO COLLAZO.

December 22, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MARC CONOVER.

December 22, 1981.

Petition for certification denied.  (See 181 *N.J.Super.* 20)